**Form RSC13**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−24422−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
    Harold N. Pennington III
    132 North Sixth Street
    Connellsville, PA 15425

Social Security No.:
    xxx−xx−6235

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Daniel R. White<br>Zebley Mehalov & White, p.c.<br>18 Mill Street Square<br>P.O. Box 2123<br>Uniontown, PA 15401<br>U.S.A.<br>Telephone number:  724−439−9200 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>February 10, 2020<br>11:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>February 10, 2020<br>11:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 1/14/20

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 19-24422-JAD
Harold N. Pennington, III                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dkam              Page 1 of 1              Date Rcvd: Jan 14, 2020
                               Form ID: rsc13          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
db              +Harold N. Pennington, III,    132 North Sixth Street,    Connellsville, PA 15425-2524
15156597         Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
15156598        +KML Law Group,    Suite 5000--BNY Mellon Independence Ctr.,   701 Market Street,
                  Philadelphia, PA 19106-1538
15163337        +Sec. Of Housing & Urban Development,   2488 East 81st Street - - Suite 700,
                  Tulsa, OK 74137-4267

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 15 2020 03:07:48     Pennsylvania Dept. of Revenue,
                  Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA   17128-0946
15156599         E-mail/Text: camanagement@mtb.com Jan 15 2020 03:07:24     M&T Bank,   P.O. Box 1288,
                  Buffalo, NY 14240-1288
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               M&T Bank
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2020 at the address(es) listed below:
              Daniel R. White    on behalf of Debtor Harold N. Pennington, III zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4