***FILING FEE PAID***    Yes ___  No ___

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Pennington, III**    (JAD)/TPA/CMB/GLT

Case Number: **19-24422**

Date of Meeting: **3/16/20**    Recording # ___

Debtor(s) present ___ or Not Present ✓ (___ No Payments Made or ___ partial payments)

Attorney for debtor(s): **White** (Present ___ or Not Present ___)

Date of Plan at § 341: ___ Applicable commitment period ___ 3 yrs ___ 5 yrs

*Truck driver —*

___ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
       ___ Order to Show Cause Requested
       ___ To be rescheduled by Clerk

✓ Confirmation Order recommended ___ Final ✓ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
✓ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
    ___ 341 Meeting OR ✓ Conciliation Conf. OR ___ *Contested Hearing
    On **6-25-20** at **10:30** am/pm Location ___

_Chapter 13 Trustee/Attorney for Trustee_

*FILED 2020 MAR 20 PM 3:31*