File No.: 11754-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Harold N. Pennington, III, | : | Case No. 19-24422 JAD |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. 41 & 42 |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Daniel R. White, Attorney for Debtor, certify that on September 1, 2020, I served a copy of the Court's September 1, 2020, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Cavanaugh Trucking, Inc., Attn: Payroll Manager, 318 Everson Valley Road, Connellsville, PA 15425.

    Method of service: first class mail, postage prepaid.

    Total number of parties served: 1

    Date executed: September 1, 2020

                                          ZEBLEY MEHALOV & WHITE, P.C.

                                          BY

                                          /s/ Daniel R. White
                                                Daniel R. White
                                                PA I.D. No. 78718
                                                P.O. Box 2123
                                                Uniontown, PA 15401
                                                724-439-9200
                                                Email: dwhite@Zeblaw.com
                                                Attorneys for Debtor