UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: HAROLD N PENNINGTON, III | CASE NO: 19-24422 JAD<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 56<br>Hearing Date: February 25, 2021<br>Hearing Time: 2:30 p.m. |

On 2/5/2021, I did cause a copy of the following documents, described below,

Notice of Modification to Confirmed Plan With ZOOM Confirmation Hearing Date of February 25, 2021, and Amended Chapter 13 Plan Dated February 4, 2021, upon the Chapter 13 Trustee, Ronda J. Winnecour, by electronic mail and upon all creditors listed on the attached mailing matrix    ECF Docket Reference No. 56

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/5/2021

/s/ Daniel R. White
Daniel R. White  78718
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401
724 439 9200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE: HAROLD N PENNINGTON, III

CASE NO: 19-24422 JAD

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 56
Hearing Date: February 25, 2021
Hearing Time: 2:30 p.m.

On 2/5/2021, a copy of the following documents, described below,

Notice of Modification to Confirmed Plan With ZOOM Confirmation Hearing Date of February 25, 2021, and Amended Chapter 13 Plan Dated February 4, 2021, upon the Chapter 13 Trustee, Ronda J. Winnecour, by electronic mail and upon all creditors listed on the attached mailing matrix    ECF Docket Reference No. 56

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/5/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
03152
CASE 19-24422-JAD
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH
FRI FEB 5 12-30-25 EST 2021

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

COLUMBIA GAS
290 W NATIONWIDE BLVD 5TH FL
BANKRUPTCY DEPARTMENT
COLUMBUS OH 43215-4157

KML LAW GROUP
SUITE 5000BNY MELLON INDEPENDENCE CTR
701 MARKET STREET
PHILADELPHIA PA 19106-1541

MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

BRIAN NICHOLAS
KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541

CM/ECF E-SERVICE
OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE SUITE 970
PITTSBURGH PA 15222-3721

DEBTOR
HAROLD N PENNINGTON III
132 NORTH SIXTH STREET
CONNELLSVILLE PA 15425-2524

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG PA 17128-0946

PENNSYLVANIA DEPT OF REVENUE
DEPARTMENT 280946
PO BOX 280946
ATTN- BANKRUPTCY DIVISION
HARRISBURG PA 17128-0946

SEC OF HOUSING   URBAN DEVELOPMENT
2488 EAST 81ST STREET    SUITE 700
TULSA OK 74137-4267

EXCLUDE
~~DANIEL R WHITE~~
~~ZEBLEY MEHALOV   WHITE PC~~
~~18 MILL STREET SQUARE~~
~~PO BOX 2123~~
~~UNIONTOWN PA 15401-1723~~

EXCLUDE
~~RONDA J WINNECOUR~~
~~SUITE 3250 USX TOWER~~
~~600 GRANT STREET~~
~~PITTSBURGH PA 15219-2702~~

THE FOLLOWING ENTITIES WERE SERVED VIA CM/ECF 02/05/21 THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Trustee)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

cmecf@chapter13trusteewdpa.com

(Debtor)
Harold N. Pennington, III
132 North Sixth Street
Connellsville, PA 15425
represented by:
Daniel R. White
Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401 U.S.A.

dwhite@zeblaw.com

(U.S. Trustee)
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

(Creditor)
M&T Bank
represented by:
Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bnicholas@kmllawgroup.com