IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Harold N. Pennington, III, | : | Case No. 19-24422 JAD |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. 62 & 63 |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

  I, Daniel R. White, Attorney for Debtor, certify that on March 9, 2021, I served a copy of the Court's March 9, 2021, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at ECM Transport, LLC, Attn: Payroll Manager, 15 27th Street, Pittsburgh, PA 15222.

  Method of service: First class mail, postage prepaid.

  Total number of parties served: 1

  Date executed: March 9, 2021

                ZEBLEY MEHALOV & WHITE, P.C.

                BY

                /s/ Daniel R. White
                  Daniel R. White
                  PA I.D. No. 78718
                  P.O. Box 2123
                  Uniontown, PA 15401
                  724-439-9200
                  Email: dwhite@Zeblaw.com
                  Attorneys for Debtor