File No.: 11754-002

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 19-24422 JAD |
| | : | |
| Harold N. Pennington, III, | : | Judge Jeffery A. Deller |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Harold N. Pennington, III, | : | Motion No: WO-1 |
| | : | |
| Movant, | : | Document No: |
| | : | |
| vs. | : | Related to Document No: 66 |
| | : | |
| Cavanaugh Trucking, Inc. and Ronda J. Winnecour, | : | |
| | : | |
| Respondents. | : | |
| | : | |
| D #1 SSN: xxx-xx-6235 | : | |

## ORDER TERMINATING WAGE ATTACHMENT

The above-named Debtor, Harold N. Pennington, III, filed a motion to terminate his wage attachment.

IT IS, THEREFORE, ORDERED that Debtor's wage attachment through Cavanaugh Trucking, Inc. is hereby terminated.

DATED this __24th__ day of __March__, 2021.

Prepared by Daniel R. White, Esq.

_____
U. S. Bankruptcy Judge
Jeffery A. Deller

sjk

cc:  Debtor Harold N. Pennington, III, 132 North Sixth Street, Connellsville, PA 15425
     Attorney for Debtor: Daniel R. White, P.O. Box 2123, Uniontown, PA 15401
     Office of the Standing Chapter 13 Trustee
     Employer: Cavanaugh Trucking, Inc., Attn: Payroll Manager, 318 Everson Valley Road, Connellsville, PA 15425

FILED
3/24/21 10:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24422-JAD |
| Harold N. Pennington, III | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 1 |
| Date Rcvd: Mar 24, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

**Recip ID        Recipient Name and Address**
db            + Harold N. Pennington, III, 132 North Sixth Street, Connellsville, PA 15425-2524

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:

**Name                Email Address**

Brian Nicholas
                on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com

Daniel R. White
                on behalf of Debtor Harold N. Pennington III
                sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

TOTAL: 4