# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: auto | Date Created: 11/4/2022 |
| Case: 19–24422–JAD | Form ID: 309a | Total: 12 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

cr        M&T Bank

TOTAL: 1

**Recipients of Notice of Electronic Filing:**

ust        Office of the United States Trustee        ustpregion03.pi.ecf@usdoj.gov
tr          Ronda J. Winnecour          cmecf@chapter13trusteewdpa.com
aty        Brian Nicholas          bnicholas@kmllawgroup.com
aty        Daniel R. White          dwhite@zeblaw.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Harold N. Pennington, III          132 North Sixth Street          Connellsville, PA 15425
15156597    Chase          P.O. Box 15298          Wilmington, DE 19850–5298
15188119    Columbia Gas of Pennsylvania          PO Box 117          Columbus, OH 43216
15156598    KML Law Group          Suite 5000—BNY Mellon Independence Ctr.          701 Market Street          Philadelphia, PA 19106
15156599    M&T Bank          P.O. Box 1288          Buffalo, NY 14240–1288
15185451    M&T Bank          PO Box 840          Buffalo, NY 14240
15163337    Sec. Of Housing & Urban Development          2488 East 81st Street – – Suite 700          Tulsa, OK 74137

TOTAL: 7