**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> HAROLD N. PENNINGTON, III <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:19-24422 JAD <br><br> Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/12/2019 and confirmed on 03/30/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 29,586.42 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 29,586.42 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,500.00 | |
|     Trustee Fee | 1,232.28 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,732.28 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK** | 0.00 | 24,849.14 | 0.00 | 24,849.14 |
|     Acct: 2487 | | | | |
|   M & T BANK** | 26,418.55 | 0.00 | 0.00 | 0.00 |
|     Acct: 2487 | | | | |
|   US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3315 | | | | |
| | | | | 24,849.14 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HAROLD N. PENNINGTON, III | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HAROLD N. PENNINGTON, III | 5.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 19-24422 JAD | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| ZEBLEY MEHALOV & WHITE PC | 2,100.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX4422 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5783 | | | | |
| COLUMBIA GAS OF PA INC(*) | 59.61 | 0.00 | 0.00 | 0.00 |
| Acct: 0018 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

| TOTAL PAID TO CREDITORS | | 24,854.14 |
|---|---|---|

TOTAL CLAIMED
PRIORITY           5.00
SECURED       26,418.55
UNSECURED         59.61

Date: 04/13/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com